23657. CARR *v.* THE STATE.

MacINTYRE, J. This case is controlled by the decision rendered this day in *Joloway* v. *State*, 48 *Ga. App.* 95 (171 S. E. 833).

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*